UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60881-CIV-DIMITROULEAS

MEILIN CLARISA HERNANDEZ,

      Petitioner,

vs.

WARDEN CYNTHIA LAWSON SWAIN
*Broward Transitional Center*, et. al

      Respondents.

_____/

## ORDER REQUIRING EXPEDITED RESPONSE FROM RESPONDENTS

THIS CAUSE is before the Court on the Petition for Writ of Habeas Corpus [DE 1], filed

March 27, 2026. The Court has considered the Petition [DE 1] and is otherwise fully advised in

the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.  No later than **April 6, 2026**, Respondents shall file a response to the Petition.

    Petitioner may file a reply by April 10, 2026.

2.  The Clerk is directed to send this Order to the addresses below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida,

this 30th day of March, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record
Email: usafls-immigration@usdoj.gov
Email: usafls-2255@usdoj.gov