UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60881-CV-DIMITROULEAS

MEILIN CLARISA HERNANDEZ,

        Petitioner,

v.

WARDEN, BROWARD TRANSITIONAL CENTER, *et. al.,*

        Respondents.

                                  /

## ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS

**THIS CAUSE** is before the Court on Petitioner MEILIN CLARISA HERNANDEZ

("Petitioner")'s Petition for Writ of Habeas Corpus [DE 1], filed March 27, 2026. The Court has

considered the Petition, the Respondent's April 6, 2026 Response [DE 6], Petitioner's April 9,

2026 Reply [DE 7], and is otherwise fully advised in the premises.

Upon careful consideration of the arguments presented by both sides, the Court is

persuaded by the reasoning and conclusion of the recent decision entered on February 6, 2026 by

the Fifth Circuit Court of Appeals, holding that the noncitizen petitioners in removal proceedings

were subject to mandatory detention under 28 U.S.C. § 1225(b)(2) because they were present in

the United States without being admitted or paroled, despite having entered illegally many years

ago. *See Buenrostro-Mendez v. Bondi et al.*, Case. Nos. 25-20496; 25-40701 (Feb. 6, 2026). The

Court adopts the analysis of the majority opinion of that decision as if set forth herein. *See also*

*Herrera Avila v. Bondi et al.*, Case. Nos. 25-3248 (8th Cir., Mar. 25, 2026) (agreeing with analysis

in *Buenrostro-Mendez v. Bondi*; reversing district court's holding that the Government could not

detain petitioner without bond under § 1225(b)(2)(A) and in granting habeas relief on that basis).

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.  Petitioner's Petition for Writ of Habeas Corpus [DE 1] is **DENIED**.

2.  The Clerk shall **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this

14th day of April, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record